# EXHIBIT B

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| DEBORAH O'TOOLE, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,<br><br>          Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO.,<br><br>          Defendant. | Cause No. 3:20-CV-00288-J-34JBT<br><br>DECLARATION OF NON-SERVICE<br><br>SUMMONS IN A CIVIL ACTION; NATIONWIDE COLLECTIVE ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET |

1    I, Erik Trecha, declare and state the following:

2    1.    I am an employee of ABC Legal Services, Inc., and am authorized to make this

3    declaration on its behalf. I am a Private Investigator licensed by the State of Washington

4    (WA license number 4502), over the age of eighteen, a resident of the State of Washington,

5    a citizen of the United States of America, not a party to nor interested in the above

6    captioned matter. If called upon to testify in this action, as to the matters set forth in this

7    declaration, I could and would competently testify thereto.

8    2.    On or about 03/30/2020, ABC Legal Services received a request to serve the above

9    captioned documents on Defendant JPMORGAN CHASE & CO.**.**

3. ABC Legal's database records document the following attempts at service on the defendant. The following information is based on my review of ABC Legal's database records, which are in my custody and control and known by me to be accurate and true: 228 PARK AVE S #85556, NEW YORK, NY 10003:

- On April 04/24/2020 ABC Legal Services suspended service for case 3:20-CV-00288-J-34JBT on defendant JPMORGAN CHASE & CO. due to COVID19 safety measures enacted by government and business entities.

4. A service was unable to be completed due to COVID19 closures.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge on the date and time herein noted.

Executed this 17th day of July, 2020 at Seattle, Washington

*DocuSigned by:*
*Erik Trecha*
29BD3FC4E0FF483...

Erik Trecha