# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEBORAH O'TOOLE, on behalf of
herself and those similarly situated,

    Plaintiff,

v.                                         Case No. 3:20-cv-288-MMH-JBT

JPMORGAN CHASE & CO.,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 25; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on March 18, 2021. In the Report, Judge Toomey recommends that the Renewed Joint Motion for Settlement Approval and Dismissal of Plaintiff's Claims with Prejudice (Dkt. No. 22; Motion) be granted, that the Settlement Agreement and General Release be approved, and that the case be dismissed with prejudice. See Report at 2, 8. The parties have no objections to the Report and Recommendation. See Joint Notice of Non-Opposition (Dkt. No. 26).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no

specific objections to findings of facts are filed, the district court is not required to conduct a <u>de</u> <u>novo</u> review of those findings. <u>See</u> <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see also</u> 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions <u>de</u> <u>novo</u>. <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a <u>de</u> <u>novo</u> review of the legal conclusions. Plaintiff filed suit against Defendant for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 <u>et</u> <u>seq</u>. (FLSA). <u>See</u> Complaint (Dkt. No. 1). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. <u>See</u> <u>generally</u> Motion.

Upon review of the record, including the Report, Motion, and Settlement Agreement and General Release, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's claims. Accordingly, the Court will accept and adopt the Report.

In light of the foregoing, it is hereby

**ORDERED:**

1.  The Report and Recommendation (Dkt. No. 25) is **ADOPTED** as the opinion of the Court.

2. The Renewed Joint Motion for Settlement Approval and Dismissal of Plaintiff's Claims with Prejudice (Dkt. No. 22) is **GRANTED**.

3. For purposes of satisfying the FLSA, the settlement is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of March, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record